

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Aaron Matthew Estrada, individually
and as next friend of M.K.L.E., a minor,

\* From the 220th District Court
  of Comanche County,
  Trial Court No. CV14221.

Vs. No. 11-23-00140-CV

\* July 7, 2023

Luke Mix, Maria Mix, Necole Stogsdill,
Travas Stogsdill, and State Auto Insurance
Companies,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Aaron Matthew Estrada's unopposed motion to dismiss this appeal as it pertains to Appellees Luke Mix and Maria Mix and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed as it pertains to Luke Mix and Maria Mix. This court has inspected the record in this cause and concludes that the remainder of the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, we dismiss the appeal against the remaining Appellees, Necole Stogsdill, Travas Stogsdill, and State Auto Insurance Companies, for want of jurisdiction. The costs incurred by reason of this appeal are taxed against the party incurring same.